UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRY PAGAN,<br><br>                              Plaintiff,<br><br>         -against-<br><br>KLEIN, ET AL.,<br><br>                              Defendants. | 24-CV-1000 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 12, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 12, 2024
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge